# UNITED STATES DISTRICT COURT

# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ELLIOT GIRAUD PINEIRO<br>Defendant | CRIM. NO. 99-125 (JAF) |

## CLAIMANT'S PRO-SE MOTION

TO THE HONORABLE COURT:

    Herein appear claimant Astrid Donate-Hernandez, pro-se who very respectfully prays and requests:

1. On June 24, 2003 I signed the Settlement Agreement of Verified Claim as Innocent Owner of the following properties:

    a. "RUSTICA: PARCELA AGRICOLA radicada en el Barrio Playa, hoy Barrio Rufina del termino Municipal de Guayanilla, Puerto Rico, compuesto de CATORCE (14) CUERDAS." (See Exhibit).

    b. "PARCELA "A": URBANA: parcela de terreno en el Barrio Jaugas del termino municipal de Guayanilla, Puerto Rico, con una cabida de CERO PUNTO CINCO MIL SEISCIENTOS DOS CUERDAS." (See Exhibit).

2. On June 30, 2003 your Honor approved such Settlement Agreement.

3. As of today, these properties still have a lien.

4. I need to refinance these properties and this cannot be done with both having a lien.

**WHEREFORE** it is respectfully requested from this Honorable Court that any lien on these properties be promptly removed as approved by your Honor on June 30, 2003.

RESPECTFULLY SUBMITTED on this March 23, 2007 in San Juan, Puerto Rico.

*/s/ Astrid Donate Hernández*
Astrid Donate Hernández
PO Box 140876
Arecibo, PR 00614-0876