RECEIVED & FILED

2007 MAY 15 PM 3:10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

CRIM. NO. 99-125 (JAF)

ELLIOT GIRAUD PINEIRO
Defendant

## CLAIMANT'S PRO-SE MOTION

TO THE HONORABLE COURT:

Herein appear claimant Astrid Donate-Hernandez, pro-se who very respectfully prays and requests:

1. On March 23, 2007, I submitted a motion (Dkt. 1491) to this Honorable Court to order the removal of the lien on the properties mentioned on the same.

2. This Honorable Court ordered to promptly cancel the lien, giving ten (10) days to comply. The deadline was due May 7th, 2007. (Dkt. 1494)

3. On May 10th, 2007 a certification from the Property Registry was requested to be sure that the lien had been canceled (Exhibit 1). To my surprise, nothing has been done to comply with the order of this Honorable Court.

4. As I stated on my previous motion, it is of utmost importance the cancellation of this lien, even more so when it comes from a previous order of this Honorable Court (Dkt 1377) dating June 25th, 2003.

**WHEREFORE** it is respectfully requested from this Honorable Court to take any measures that will obligate the people responsible of this to comply promptly with the order you have twice pronounced.

RESPECTFULLY SUBMITTED on this May 15th, 2007 in San Juan, Puerto Rico.

Astrid Donate Hernandez
PO Box 140876
Arecibo, PR 00614-0876