IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                      CRIM. NO. 99-125 (JAF)

ELLIOT GIRAUD PIÑERO, , Et, al.

Defendant.

## MOTION FOR CANCELLATION OF CAUTIONARY NOTICE

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, and very respectfully moves this Honorable Court for a Final Order of Forfeiture in the above-styled case, and in support thereof represents to the Court the following facts:

On June 2, 2003 the parties reached an agreement whereby the innocent owner claim filed by Astrid Donate Hernández was settled.

Hence, plaintiff, United States of America, by its undersigned attorneys moves the Court for an order for the cancellation of Cautionary Notice on the following real properties:

**RUSTICA:** PARCELA AGRICOLA radicada en el Barrio Playa, hoy Barrio Rufina del término Municipal de Guayanilla, Puerto Rico compuesto de CATORCE (14) CUERDAS, equivalentes a cinco (5) hectareas, cincuenta (50) áreas y cuanrenta y una centiáreas y once (11) miliáreas mas o menos y en lindes: NORTE Servidumbre de paso y acceso concedida por la Antigua Sociedad de Mario Mercado e Hijos para la Carretera Estatal Puerto Rico número trescientos treinta y cinco(335); SUR la servidumbre de paso y acceso concedida por la Antigua Sociedad de Mario Mercado e Hijos para la Carretera Municipal El Faro, hoy Carretera Estatal Puerto Rico número quinientos ochenta y dos (582); ESTE, con los terrenos de la Sucesion Mario Mercado Riera; OESTE, la servidumbre de paso y acceso concedida por la Antigua Sociedad Mario Mercado e Hijos para la Carretera Municipal El Faro, hoy Carretera Estatal Puerto Rico quinientos ochenta y dos (582). Pendiente de Inscripcion a

nombre de Elliot Giraud Piñeiro y Astrid Annette Donate Hernandez. Asiento de presentacion 159 del Tomo 202 Ponce II.

**PARCELA "A"**: URBANA: parcela de terreno radicada en el Barrio Jaguas del término municipal de Guayanilla Puerto Rico, con una cabida de CERO PUNTO CINCO MIL SEISCIENTOS DOS CUERDAS, equivalentes a DOS MIL DOSCIENTOS UNO PUNTO SEIS MIL NOVECIENTOS VEINTISEIS METROS CUADRADOS, en lindes por el Norte, con la finca principal de la cual se segrega; por el Sur, con la intersección de la Avenida Pedro Albizu Campos y la Carretera estatal PR-127 y con la parcela B a ser dedicada a uno público; por el Este, con la Avenida Pedro Albizu Campos y por el Oeste, con la finca principal de la cual se segrega.

Inscrita a favor de Elliot Giraud Piñeiro y Astrid Donate Giraud.
(Finca # 6,188; Folio Movil Tomo 11 de Guayanilla)

WHEREFORE, it is respectfully requested from this Honorable Court to enter an order instructing the Property Registrar for the pertinent section of the Registry of Property of the Commonwealth of Puerto Rico to cancel the Cautionary Notice on the above described properties.

In San Juan, Puerto Rico, this 13th  th day of July, 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

*S/Maritza González-Rivera*
MARITZA GONZÁLEZ-RIVERA
Assistant U.S. Attorney
USDC # 208801
 # 350 Chardon St.
1201 Torre Chardón Building
Hato Rey, Puerto Rico  00918
TEL. (787) 766-5656/ FAX: (787) 771-4050
maritza.gonzalez@usdoj.gov

2