UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELLIOT GIRAUD PIÑERO, , Et, al.<br><br>Defendant. | CRIM. NO. 99-125 (JAF) |

**ORDER**

Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that the Property Registrar for the pertinent section of the Registry of Property of the Commonwealth of Puerto Rico, cancel the Cautionary Notice from the records of the Registry, insofar as it affects the real properties herein described:

> **RUSTICA:** PARCELA AGRICOLA radicada en el Barrio Playa, hoy Barrio Rufina del término Municipal de Guayanilla, Puerto Rico compuesto de CATORCE (14) CUERDAS, equivalentes a cinco (5) hectareas, cincuenta (50) áreas y cuanrenta y una centiáreas y once (11) miliáreas mas o menos y en lindes: NORTE Servidumbre de paso y acceso concedida por la Antigua Sociedad de Mario Mercado e Hijos para la Carretera Estatal Puerto Rico número trescientos treinta y cinco(335); SUR la servidumbre de paso y acceso concedida por la Antigua Sociedad de Mario Mercado e Hijos para la Carretera Municipal El Faro, hoy Carretera Estatal Puerto Rico número quinientos ochenta y dos (582); ESTE, con los terrenos de la Sucesion Mario Mercado Riera; OESTE, la servidumbre de paso y acceso concedida por la Antigua Sociedad Mario Mercado e Hijos para la Carretera Municipal El Faro, hoy Carretera Estatal Puerto Rico quinientos ochenta y dos (582).  Pendiente de Inscripcion a nombre de Elliot Giraud Piñeiro y Astrid Annette Donate Hernandez.  Asiento de presentacion 159 del Tomo 202

Ponce II.

**PARCELA "A"**: URBANA:  parcela de terreno radicada en el Barrio Jaguas  del término municipal de Guayanilla Puerto Rico, con una cabida de CERO PUNTO CINCO MIL SEISCIENTOS DOS CUERDAS, equivalentes a DOS MIL DOSCIENTOS UNO PUNTO SEIS MIL NOVECIENTOS VEINTISEIS METROS CUADRADOS, en lindes por el Norte, con la finca principal de la cual se segrega; por el Sur, con la intersección de la Avenida Pedro Albizu Campos y la Carretera estatal PR-127 y con la parcela B a ser dedicada a uno público; por el Este, con la Avenida Pedro Albizu Campos y por el Oeste, con la finca principal de la cual se segrega.

Inscrita a favor de Elliot Giraud Piñeiro y Astrid Donate Giraud.
(Finca # 6,188; Folio Movil  Tomo 11 de Guayanilla)

The Clerk is hereby directed to send **certified copies** of this Order to all counsel of record and the United States Marshal's Service.

In San Juan, Puerto Rico, this ____ day of            2007.

_____
JOSE A. FUSTE
UNITED STATES JUDGE