IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ELLIOT GIRAUD PINEIRO,<br>Defendant. | CRIMINAL NO. 99-125 ((JAF) |

**NOTICE OF FILING**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, the United States of America, through its undersigned attorneys, and respectfully states:

That on this date Plaintiff is filing with this Court an Affidavit of Publication (Attachment A), attesting that notice was caused to be published on May 30, June 6 and 13, 2007 on El Nuevo Dia, a newspaper of daily circulation in San Juan, Puerto Rico, allowing any person having a claim in the following property to state the same before this Court.

A) Parcela Agricola radicada en el Barrio Indios de termino municipal de Guayanilla, Puerto Rico, compuesta de veinticinco ocho(25.08) cuerdas en lineas por el Norte con el Rio Guayanilla; Sur con camino publico; por el Este con terrenos de la sucesion de Mario Mercado Reira. Pendiente de Inscripcion a nombre de Elliot Giraud Pineiro y Astrid Donate Hernandez, Asiento de presentacion 159 Tomo 202 Ponce II.

B)Parcela Agricola radicada en el Barrio Rufina del Termino Municipal de Guayanilla, Puerto rico compuesta de setenta y seis mil quinientos treinta punto (76.530.6241) metros cuadrados equivalentes s diecinueve punto cuatro mil setecientos quince (19.4715) equivalentes a siete (7) hectareas sesenta y cinco (65) areas, treinta (30) centiareas y sesenta y dos (62) miliareas mas o

menos en lindes por el norte; con sucesion Blasini y el remanente de la finca perteneciente a la sucesion de Mandry Mercado; por el sur con las fajas de terreno dedicado a uso publico rotuladas A y B perteneciente a la sucesion de Mandry Mercado que se segregan en el caso 98-61-C-458-PPI aprobada por la Administracion de Reglamentos y Permisos del Estado Libre Asociado; por el Este con la faja de terrenos dedicada a uso publico rotulados A y B pertenencientes a la sucesion de Mandry Mercado que se segregan en el caso 98-61-C-428 PPI por la Administracion de Reglamentos y Permisos del Estado Libre Asociado de Puerto Rico; y por el Oeste con remanente de la finca y el Estado Libre Asociado Pendiente de Inscripcion a nombre de Elliot Giraud Pineiro y Astrid Annette Donate Hernandez, Asiento de Presentacion 159 del tomo 202 Ponce II

    RESPECTFULLY SUBMITTED.
In San Juan, Puerto Rico, this 27 day of August 2007.

                                  ROSA EMILIA RODRIGUEZ-VELEZ
                                  United States Attorney

                                  *s/ Maritza Gonzalez- Rivera*
                                  Maritza Gonzalez - Rivera
                                  U.S.D.C. No. 208801
                                  Assistant U.S. Attorney
                                  U.S.D.C. No. 219807
                                  Torre Chardon Bldg. Room 1201
                                  350 Chardon Street
                                  Hato Rey, PR 00918