IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CIVIL NO. 99-125 (JAF)

UNITED STATES OF AMERICA

VS.

ELLIOT GIRAUD PINEIRO, ETC.

LEGAL NOTICE

# AFFIDAVIT

I, Javier Rodríguez, of legal age, married, employee and resident of Guaynabo, Puerto Rico, do solemnly swear:

That my name is the above mentioned and my personal circumstances are those as stated. That I am an Employee, of "EL NUEVO DIA", newspaper of General Circulation in the Island of Puerto Rico, and that position in Advertising and Legal Notice Department Manager and I am in charge of the advertisement.

I also declare that in the edition of this newspaper corresponding

**MAY 30 & JUNE 6 & 13, 2007**

an advertisement was published that deals with the following:

**MARITZA GONZALEZ, ASSISTANT U.S. ATTORNEY**

In witness whereof and upon request of those concerned, I swear to and sign the present in Guaynabo, P.R. this ____JUN 29 2007____ day of _____, 20___.

Affidavit No. __65,519__

Acknowledged and sworn to before me by Javier Rodríguez and resident of Guaynabo, Puerto Rico, whom I know personally.

Guaynabo, P.R. __JUN 29 2007__ 20___

NOTARY PUBLIC