In The United States District Court For The District of Puerto Rico. United States of America v. Elliot Giraud Piñeiro, et al. A. Parcela Agrícola radicada en el Barrio Rufina del Término Municipal de Guayanilla, Puerto Rico, compuesta de veinticinco ocho (25.08) cuerdas en lindes por el Norte con el Río Guayanilla; Sur con caminos públicos; por el Este con terrenos de la Sucesión de Mario Mercado Reira y por el Oeste con terrenos de la Sucesión de Mario Mercado Reira. Pendiente de Inscripción a nombre de Elliot Giraud Piñeiro y Astrid Donate Hernández; Asiento de presentación 159 Tomo 202 Ponce II. B. Parcela Agrícola radicada en el Barrio Rufina del Término Municipal de Guayanilla, Puerto Rico compuesto de Setenta y Seis Mil Quinientos Treinta Punto Seis Mil Doscientos Cuarenta y Un (76.530.6241) Metros Cuadrados equivalentes a Diecinueve Punto Cuatro Mil Setecientos Quince (19.4715) equivalente a siete (7) hectáreas sesenta y cinco (65) áreas, treinta (30) centiáreas y sesenta y dos (62) miliáreas más o menos en lindes por el Norte; con Sucesión Blasini y el remanente de la Finca perteneciente a la Sucesión Mandry Mercado; por el Sur con las fajas de Terreno Dedicadas a Uso Público rotuladas A y B perteneciente a la Sucesión Mandry Mercado que se segregan en el caso 98-61-C-428 PPI aprobada por la Administración de Reglamentos y Permisos del Estado Libre Asociado de Puerto Rico y el Estado Libre Asociado (Departamento de Instrucción); por el Este con la Faja de Terrenos Dedicada a Uso Público rotulados A y B pertenecientes a la Sucesión Mandry Mercado que se segregan en el caso 98-61-C-428 PPI aprobado por la Administración de Reglamentos y Permisos del Estado Libre Asociado de Puerto Rico y El Estado Libre Asociado (Departamento de Instrucción); y por el Oeste con remanente de la finca y el Estado Libre Asociado. Pendiente de Inscripción a nombre de Elliot Giraud Piñeiro y Astrid Annette Donate Hernández, Asiento de Presentación 159 del Tomo 202 Ponce II, Defendants. Criminal No. 99-125 (JAF). Legal Notice. To: The Any Known Owner(s) of the Above Captioned Property: Notice is hereby given that the United States of America has initiated legal action by filing a complaint to forfeit the property described in the above caption which is pending before the District Court for the District of Puerto Rico, United States v. Elliot Giraud Piñeiro et al. All persons claiming an interest in this property are hereby notified to file a claim in this case within thirty (30) days of notice and to file an answer to the forfeiture complaint within thirty (30) days after filing of the claim, or suffer entry of forfeiture judgment by default and be forever barred from claiming any interest over the defendant property, full and clear title to the defendant property vesting in the United States of America. The claim shall be signed by the claimant under penalty of perjury and shall set forth: (a) nature an extent of the claimant's right, title or interest; (b) the time and circumstances of the claimant's acquisition of their right, title or interest; (c) any additional facts supporting the petitioner's claim; and (d) the relief sought. The claim and answer are to be filed at the Office of the Clerk, Room 150, United States District Court, Federal Building, Chardón St., Hato Rey, Puerto Rico 00918 and copy thereof sent to Assistant United States Attorney, Room 1201 Torre Chardón Building, 350 Chardón St., Hato Rey, Puerto Rico 00918. In San Juan, Puerto Rico, this 22nd day of May, 2007. Maritza González, Assistant Attorney, Asset Forfeiture Unit. 8319760