| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>99-125 |
|---|---|
| ELLIOT GIRAUD PINEIRO | TYPE OF PROCESS<br>CANCEL CAUTIONARY NOTICE |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEM |
|---|---|
| | PROPERTY OF REGISTRAR- PONCE II |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| | CARR #2 EDIFICIO SAN JORGE PISO #3 AL LADO HOSP DE DAMAS |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Maritza Gonzalez Assistant United States Attorney<br>Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street<br>San Juan, Puerto Rico 00918- Telephone 787 766-5656<br>Telecopier: 787 766-6219 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

RUSTICA: PARCELA AGRICOLA RADICADA EN EL BARRIO PLAYA, HOY BARRIO RUFINA DEL TERMINO MUNICIPAL DE GUAYANILLA, PR COMPUESTO DE (14) CUERDAS. PENDIENTE DE INSCRIPCION A NOMBRE DE ELLIOT GIRAUD PINEIRO Y ASTRID ANNETTE DONATE HERNANDEZ. ASIENTO DE PRESENTACION 159 DEL TOMO 202, PONCE II

99-DEA-365020

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT<br>Maritza Gonzalez AUSA | TELEPHONE NUMBER<br>(787) 766-5656 | DATE |
|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 64 | District to Serve No. 64 | Signature of Authorized USMS Deputy or Clerk | Date 9/27/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above).<br>Noma Saez | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>10/17/07 | Time<br>am<br>1:50 pm |
| | Signature of U.S. Marshal or Deputy | |

JDIS
AFO ☒ IN ☒
CIV ☐ OUT ☒
Item: 2

## REGISTRO DE LA PROPIEDAD Nº 2 DE PONCE

**LCDA. MADELEINE VELASCO ALVARADO**

Telefono 787-841-0193

**ENTRADA Nº:** 6122                **Del año 2007**
**ASIENTO Nº :** 763    Diario 327
**Presentado el día 17/10/2007**                **a las 13:50**

Presentante

VELEZ, PEDRO A.

YAUCO

Interesado  : GIRAUD PIÑEIRO, ELLIOT

Naturaleza  : Mandamiento judicial          Objeto : CANCELACION DE ANOTACION DEMANDA

Escritura: 00000000099-125 de 19/07/2007
UNITED STATES DISTRICT COURT

200 FEDERAL OFIC. BUILDING 150 CHARDON AVE, SAN JUAN, P.R. 00918

EXENTO DEL PAGO

