| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See instructions for "Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>99-125(JAF) |
|---|---|
| DEFENDANT<br>ELLIOT GIRAUD PIÑEIRO | TYPE OF PROCESS<br>CANCEL CAUTIONARY NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Elliot Giraud Pineiro   via attorney Everette M. De Jesus   Tel. (787) 473-7529   Fax. (787) 731-2871
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)   *Cell not active*
405 Esmeralda Avenue, Suite 2-225, Guaynabo, PR 00969

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656 x 3920
Telecopier; 787-766-5398   Legal Aide M. Ruz - 787-282-1879

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Rustica: Parcela Agricola radicada en el Barrio Playa, hoy Barrio Rufina del termino municipal de Guayanilla, PR, compuesto de (14) cuerdas. Pendiente de Inscripcion a nombre de Elliot Giraud Piñeiro y Astrid Annette Donate Hernandez. Asiento de presentacion 159 del Tomo 202, Ponce II.

99-DEA-365020

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 787-766-5656
DATE: 08/30/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.   Total Process: 1   District of Origin: 64   District to Serve: 64   Date: 9/27/07

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 10/17/07   Time: 11:30 [X] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | 3.88 | — | $48.88 / $45.00 | | |

REMARKS: 10/17/07 11:30 am left summons at 405 Esmeralda ave Suite 2-225, which is a UPS pox box for Everette M. De Jesus

JDIS   AFO [X]   IN [X]   CIV [ ]   OUT [X]   Item: 1

PRIOR EDITIONS MAY BE USED   PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00