IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>v.<br><br>**ELLIOT GIRAUD PINEIRO,**<br>**Defendant**<br><br>**ONE URBAN LOT, 76,530.6241, Barrio Rufina, Guayanilla,**<br><br>**ONE URBAN LOT, Parcela Agricola, radicada en Barrio Indios,**<br><br>**Defendant.** | **CRIM. NO. 99-125 ( JAF )** |

**UNITED STATES OF AMERICA'S MOTION TO SET ASIDE FORFEITURE ORDER**

TO THE HONORABLE COURT,

    The Honorable Court entered a forfeiture order in the present criminal case against properties

D) and F) listed in the indictment and described as:

    **(D)**    **RURAL**: Rustica Parcela Agricola radicada en el Barrio Indios, del Termino Municipal de Guayanilla, Puerto Rico, compuesta de 25.08 cuerdas; en lindes por el NORTE con el Rio Guayanilla; por el SUR con camino publico; por el ESTE con terrenos de la Sucesion Mario Mercado Riera, y por el OESTE con terrenos de la Sucesion Mercado Riera..
    Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

    **(F)**    **RURAL**: Rustica Parcela agricola radicado en el Barrio Playa, hoy Rufina, del termino Municipal de Guayanilla, compuesta de 76,530.6241 metros cuadrados equivalentes a 7 hectareas, 65 areas, 30 centiareas y 62 miliareas; y en lindes por el NORTE con Sucesion Blasini, y el remanente de la finca pertenecientes a la Sucesion Mandry Mercado,; por el SUR fajas de terreno dedicado a uso publico rotuladas A y B, pertenecientes a la Sucesion Mandry Mercado; por el ESTE, faja de terreno dedicada a uso publico rotulada A, perteneciente a la Sucesion Mandry Mercado y por el OESTE , remanente de la finca y el Estado Libre Asociado de Puerto Rico (Departamento de Instruccion).

Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

The Untied States hereby respectfully requests that the Court set aside the order of forfeiture and release the property to the lien holder.

A motion filed under this subsection shall be the exclusive remedy for seeking to set aside a declaration of forfeiture under a civil forfeiture statute, Title 18 U.S.C. § 983(e)(5).

In the present case, the United States Marshals Service performed a net equity analysis in the property and determined that there is a -$345,740.00 negative equity on this property. (Exhibits1 and 2, Net Equity Worksheet prepared for the properties)

WHEREFORE, the United States respectfully request that the Court sets aside the Order of Forfeiture entered in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which automatically sends copies to all appearing parties

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 11th day of April, 2008.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

*S/M González*
**MARITZA GONZÁLEZ**
Assistant U.S. Attorney
USDC # 208801
# 350 Chardon St.
1201 Torre Chardón Building
Hato Rey, Puerto Rico  00918
Tel. (787) 766-5656
maritza.gonzalez@usdoj.gov