IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELLIOT GIRAUD PINEIRO, <br> Defendant <br> _____ <br> D. ONE URBAN LOT, 76,530.6241, Barrio Rufina, Guayanilla, <br><br> F. ONE URBAN LOT, Parcela Agricola, radicada en Barrio Indios, | CRIM. NO. 99-125 (   ) |

### UNITED STATES OF AMERICA'S SUBMITTING PROPOSED ORDER

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys, and very respectfully states and prays as follows:

The United States hereby respectfully submits Exhibits 1 and 2 of Motion to Set Aside Forfeiture Order, for the Courts review and consideration, consistent with the request presented in this case.

WHEREFORE, the United States of America respectfully requests that this Honorable Court takes notice of the aforementioned.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of April, 2008.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney
*/s M. González*
Maritza González -Rivera
U.S.D.C.P.R.  No.208801
Assistant U.S. Attorney
Torre Chardon Suite 1201
Carlos Chardón Avenue
Hato Rey, Puerto Rico  00918
Tel. 766-5656
Maritza.Gonzalez@usdoj.gov