# UNITED STATES MARSHALS SERVICE
# DISTRICT OF PUERTO RICO
# NET EQUITY WORK SHEET

*THIS WORK SHEET IS A N ESTIMATE BASED ON AVAILABLE IN FILE DATA AND IS SUBJECT TO CHANGE.*

CASE NUMBER: __CR 99-125__   USA vs. ELLIOT GIRAUD PIÑEIRO

CATS ID No.: __99-DEA-365015__

PROPERTY ADDRESS:   __76,530.6241 Metros Cudrados Bo. Rufina__
__Guayanilla, Puerto Rico__

|  | APPRAISAL | OFFER |
|---|---|---|
| a. APPRAISAL/OFFER | $ 171,400.00 | $ |

Appraisal Date: 04/08/2001
Owner of Record: Elliot Giraud Piñeiro
          and Astrid Donate Hernandez

| b. EXPENSES ESTIMATED | $ 17,140.00 | $ |
|---|---|---|
| c. NET VALUE   = | $ 154,260.00 | $ |
| d. GENERATED INCOME + (IF APPLICABLE) | $ 0.00 | $ |
| e. LIENS   − | $ 500,000.00 * | $ |

(*) 1) Liens - The Farm Service Agency (Intereses al 3.75%).

| f. EQUITY   = | $ -345,740.00 | $ |
|---|---|---|
| g. APPRAISED VALUE / | * * * * * * * * * * * * * * | $ 171,400.00 |
| h. PERCENTAGE OF U.S. EQUITY   = | * * * * * * * * * * | Net: _____ = (Net Equity from Purchase Price) |
| i. 85% X APPRAISAL   = | $ 145,690.00 | |

a. Appraisal date must be within one year
b. Include seizure expenses, advertising, maintenance, sales, commission, et. (Estimated 10% for personal property)
e. Include total of all liens
h. U.S. Equity must be at least 20% or more of appraised value in order to pay lien prior to sale.

NOTE: District is not authorized, without additional approval, to pay a lien or liens totaling more than $50,000.00.

PREPARED BY: __Eunice Bones__
         TITLE: __Data Analyst, FSA__
         DATE: __03/14/2008__