# UNITED STATES MARSHALS SERVICE
# DISTRICT OF PUERTO RICO
# NET EQUITY WORK SHEET

*THIS WORK SHEET IS A N ESTIMATE BASED ON AVAILABLE IN FILE DATA AND IS SUBJECT TO CHANGE.*

CASE NUMBER:  CR 99-125    USA vs. **ELLIOT GIRAUD PIÑEIRO**

CATS ID No.: 99-DEA-365026

PROPERTY ADDRESS:  25.08 acres Indias Ward
Guayanilla, Puerto Rico

|  | APPRAISAL | OFFER |  |
|---|---|---|---|
| a. APPRAISAL/OFFER | $ 125,000.00 | $ |  |

Appraisal Date: 002/20/20031
Owner of Record: Elliot Giraud Piñeiro
                 and Astrid Donate Hernandez

| b. EXPENSES ESTIMATED | $ 12,500.00 | $ | |
| c. NET VALUE   = | $ 112,500.00 | $ | |
| d. GENERATED INCOME + (IF APPLICABLE) | $ 0.00 | $ | |
| e. LIENS   - | $ 500,000.00 * | $ | (*) 1) Liens - The Farm Service Agency (Intereses al 3.75%). |
| f. EQUITY   = | $ -387,500.00 | $ | |
| g. APPRAISED VALUE / | * * * * * * * * * * * * * | $ 125,000.00 | |
| h. PERCENTAGE OF U.S. EQUITY   = | * * * * * * * * * * | Net:_____ | = (Net Equity from Purchase Price) |
| i. 85% X APPRAISAL   = | $ 106,250.00 | | |

a. Appraisal date must be within one year
b. Include seizure expenses, advertising, maintenance, sales, commission, et. (Estimated 10% for personal property)
e. Include total of all liens
h. U.S. Equity must be at least 20% or more of appraised value in order to pay lien prior to sale.

NOTE: District is not authorized, without additional approval, to pay a lien or liens totaling more than $50,000.00.

PREPARED BY:  Eunice Bones
       TITLE:  Data Analyst, FSA
        DATE:  03/14/2008