**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | **CRIM. NO. 99-125 (JAF)** |
| **ELLIOT GIRAUD PINEIRO,** **Defendant** | |
| **D. ONE URBAN LOT, 76,530.6241, Barrio Rufina, Guayanilla,** | |
| **F. ONE URBAN LOT, Parcela Agricola, radicada en Barrio Indios,** | |

**ORDER**

Upon motion by the plaintiff, and after having been duly advised of all the facts, and due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES
that the forfeiture order entered against defendant properties fully described below, be set aside:

**(D)** **RURAL**: Rustica Parcela Agricola radicada en el Barrio Indios, del Termino Municipal de Guayanilla, Puerto Rico, compuesta de 25.08 cuerdas; en lindes por el NORTE con el Rio Guayanilla; por el SUR con camino publico; por el ESTE con terrenos de la Sucesion Mario Mercado Riera, y por el OESTE con terrenos de la Sucesion Mercado Riera.. Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

**(F)** **RURAL**: Rustica Parcela agricola radicado en el Barrio Playa, hoy Rufina, del termino Municipal de Guayanilla, compuesta de 76,530.6241 metros cuadrados equivalentes a 7 hectareas, 65 areas, 30 centiareas y 62 miliareas; y en lindes por el NORTE con Sucesion Blasini, y el remanente de la finca pertenecientes a la Sucesion Mandry Mercado,; por el SUR fajas de terreno dedicado a uso publico rotuladas A y B, pertenecientes a la Sucesion Mandry Mercado; por el ESTE, faja de terreno dedicada a uso publico rotulada A, perteneciente a la Sucesion Mandry Mercado y por el OESTE , remanente de la finca y el Estado Libre Asociado de Puerto Rico (Departamento de Instruccion). Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

San Juan, Puerto Rico, this 14th day of April, 2008.

S/José A. Fusté
JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE