### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, <br><br> v. <br><br> **Antonio Robles Ramos, et al.** Defendant. | Criminal no. 99-125 (JAF) |

## UNITED STATES' INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES NOW, the United States of America, through its undersigned attorney, and respectfully states:

1. The undersigned attorney will be on annual leave outside the United States' Jurisdiction from June 9, 2008 to June 30, 2008.

2. Therefore, the undersigned respectfully requests that this Honorable Court accepts this informative motion and take notice of the above.

WHEREFORE, the United States respectfully requests this Honorable Court to take notice of the above and state the same before this Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this   6   day of June, 2008.

ROSA EMILIA RODRIGUEZ VELEZ
United States Attorney

 /s/ *Maritza González Rivera*
Maritza González Rivera
Assistant United States Attorney
USDC #: 208801
Torre Chardón., Suite 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656
Email: maritza.gonzalez@usdoj.gov

**U.S. v Antonio Robles Ramos, et al.**
**Criminal no.99-125 (JAF)**
**Page 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date June _6___, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties.

s/ Maritza González Rivera<br>Maritza González Rivera<br>Assistant United States Attorney