**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 99-125(JAF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ELLIOT GIRAUD PIÑEIRO | CANCEL CAUTIONARY NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
US MARSHALS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656 x 3920
Telecopier; 787-766-5398 Legal Aide M. Ruz - 787-282-1879

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Rural: Rustica Parcela Agricola en el BO. PLAYA, hoy RUFINA, del Municipal de Guayanilla, compuesta de 76,530.6241 mc.,
Rural: Rustica Parcela Agricola radicada en el BO. INDIOS, Municipal de Guayanilla, compuesta de 25.08 cuerdas.
Se agregan a ambas a la Finca 3923, inscrita al Folio 1993, tomo 114 de Guayanilla.

99-DEA-365015

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 787-766-5656
DATE: 06/23/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 69
District to Serve No. 69

Signature of Authorized USMS Deputy or Clerk
Date: 6/24/08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)
Pedro Velez SDUSM

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 6/26/08  Time: 1100  ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | — | — | $45.00 | | |

REMARKS:

JDIS
AFO ☒  IN ☒
CIV ☐  OUT ☐
Item: 8

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES
FORM USM-285
Rev. 12/15/80
Automated 01/00