U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>99-125(JAF) |
| DEFENDANT<br>ELLIOT GIRAUD PIÑEIRO | TYPE OF PROCESS<br>CANCEL CAUTIONARY NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Elliot Giraud Pineiro via attorney Everette M. De Jesus  Tel. (787) 473-7529  Fax. (787) 731-2871
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
405 Esmeralda Avenue, Suite 2-225, Guaynabo, PR 00969

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656 x 3920
Telecopier; 787-766-5398  Legal Aide M. Ruz - 787-282-1879

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Rural: Rustica Parcela Agricola en el BO. PLAYA, hoy RUFINA, del Municipal de Guayanilla, compuesta de 76,530.6241 mc., Pendiente de Inscripcion a nombre de Elliot Giraud Pineiro y Astrid Annette Donate Hernandez. Asiento de presentacion 159 del Tomo 202, Ponce II

99-DEA-365015

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 787-766-5656   DATE: 06/23/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1   District of Origin No. 69   District to Serve No. 69
Signature of Authorized USMS Deputy or Clerk   Date: 6/25/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

**RETURN UNEXECUTED**

Date: 7-15-08   Time: 1:30 ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | 8.08 | | $53.08 | | |

REMARKS: After varios intent to locate Mr. De Jesus to with Talking to his sister Sara De Jesus. I was unable to locate him, Address is incorrect, and Telephone no. is out of service.

JDIS  AFO ☐ IN ☒  CIV ☐ OUT ☐

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

Case 3:99-cr-00125-JAF    Document 1504    Filed 07/19/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                         CRIM. NO. 99-125 (JAF)

ELLIOT GIRAUD PIÑERO, , Et, al.

Defendant.



**ORDER**

Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that the Property Registrar for the pertinent section of the Registry of Property of the Commonwealth of Puerto Rico, cancel the Cautionary Notice from the records of the Registry, insofar as it affects the real properties herein described:

>**RUSTICA:** PARCELA AGRICOLA radicada en el Barrio Playa, hoy Barrio Rufina del término Municipal de Guayanilla, Puerto Rico compuesto de CATORCE (14) CUERDAS, equivalentes a cinco (5) hectareas, cincuenta (50) áreas y cuanrenta y una centiáreas y once (11) miliáreas mas o menos y en lindes: NORTE Servidumbre de paso y acceso concedida por la Antigua Sociedad de Mario Mercado e Hijos para la Carretera Estatal Puerto Rico número trescientos treinta y cinco(335); SUR la servidumbre de paso y acceso concedida por la Antigua Sociedad de Mario Mercado e Hijos para la Carretera Municipal El Faro, hoy Carretera Estatal Puerto Rico número quinientos ochenta y dos (582); ESTE, con los terrenos de la Sucesion Mario Mercado Riera; OESTE, la servidumbre de paso y acceso concedida por la Antigua Sociedad Mario Mercado e Hijos para la Carretera Municipal El Faro, hoy Carretera Estatal Puerto Rico quinientos ochenta y dos (582). Pendiente de Inscripcion a nombre de Elliot Giraud Piñeiro y Astrid Annette Donate Hernandez. Asiento de presentacion 159 del Tomo 202

Ponce II.

**PARCELA "A"**: URBANA: parcela de terreno radicada en el Barrio Jaguas del término municipal de Guayanilla Puerto Rico, con una cabida de CERO PUNTO CINCO MIL SEISCIENTOS DOS CUERDAS, equivalentes a DOS MIL DOSCIENTOS UNO PUNTO SEIS MIL NOVECIENTOS VEINTISEIS METROS CUADRADOS, en lindes por el Norte, con la finca principal de la cual se segrega; por el Sur, con la intersección de la Avenida Pedro Albizu Campos y la Carretera estatal PR-127 y con la parcela B a ser dedicada a uno público; por el Este, con la Avenida Pedro Albizu Campos y por el Oeste, con la finca principal de la cual se segrega.

Inscrita a favor de Elliot Giraud Piñeiro y Astrid Donate Giraud.
(Finca # 6,188; Folio Movil Tomo 11 de Guayanilla)

The Clerk is hereby directed to send **certified copies** of this Order to all counsel of record and the United States Marshal's Service.

In San Juan, Puerto Rico, this 19th day of July, 2007.

s/José Antonio Fusté
JOSE A. FUSTE
UNITED STATES JUDGE

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
**FRANCES RIOS DE MORAN, CLERK**
U.S. District Court for the
District of Puerto Rico

By: _____
Deputy Clerk
Date: 5/30/08

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See instructions for "Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 99-125(JAF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ELLIOT GIRAUD PIÑEIRO | CANCEL CAUTIONARY NOTICE |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Elliot Giraud Pineiro   via attorney Everette M. De Jesus   Tel. (787) 473-7529   Fax. (787) 731-2871
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  405 Esmeralda Avenue, Suite 2-225, Guaynabo, PR 00969

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656 x 3920
Telecopier; 787-766-5398 Legal Aide M. Ruz - 787-282-1879

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Parcela "A"; Urbana: Parcela de terreno radicada Bo. Jaguas del Municipio de Guayanilla, PR con una cabida de 0.5,602 cuerdas. Inscrita a favor de Elliot Giraud Piñeiro y Astrid Donate Giraud. Finca 6188; Folio Movil, Tomo 11 de Guayanilla

99-FBI-002467

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 787-766-5656 | DATE 06/23/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date 6/25/08 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

**RETURN UNEXECUTED**

| Date 7-15-08 | Time 1:30 ☐ am ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges including *endeavors* 8.08 | Forwarding Fee | Total Charges $53.08 | Advance Deposits | Amount owed U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: After various intent to locate mr. De Jesus, to with talking to his Sister Sara DeJesus, I was unable to locate him address is in direct and telephone no. out of service.
E.o2.  AFO ☐  IN ☐
       CIV ☐  OUT ☒
Item: 6

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES** | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|---|

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIM. NO. 99-125 (JAF) |
| ELLIOT GIRAUD PIÑERO, , Et, al. | |
| Defendant. | |



## ORDER

Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that the Property Registrar for the pertinent section of the Registry of Property of the Commonwealth of Puerto Rico, cancel the Cautionary Notice from the records of the Registry, insofar as it affects the real properties herein described:

> **RUSTICA:** PARCELA AGRICOLA radicada en el Barrio Playa, hoy Barrio Rufina del término Municipal de Guayanilla, Puerto Rico compuesto de CATORCE (14) CUERDAS, equivalentes a cinco (5) hectareas, cincuenta (50) áreas y cuanrenta y una centiáreas y once (11) miliáreas mas o menos y en lindes: NORTE Servidumbre de paso y acceso concedida por la Antigua Sociedad de Mario Mercado e Hijos para la Carretera Estatal Puerto Rico número trescientos treinta y cinco(335); SUR la servidumbre de paso y acceso concedida por la Antigua Sociedad de Mario Mercado e Hijos para la Carretera Municipal El Faro, hoy Carretera Estatal Puerto Rico número quinientos ochenta y dos (582); ESTE, con los terrenos de la Sucesion Mario Mercado Riera; OESTE, la servidumbre de paso y acceso concedida por la Antigua Sociedad Mario Mercado e Hijos para la Carretera Municipal El Faro, hoy Carretera Estatal Puerto Rico quinientos ochenta y dos (582). Pendiente de Inscripcion a nombre de Elliot Giraud Piñeiro y Astrid Annette Donate Hernandez. Asiento de presentacion 159 del Tomo 202

Ponce II.

**PARCELA "A"**: URBANA: parcela de terreno radicada en el Barrio Jaguas del término municipal de Guayanilla Puerto Rico, con una cabida de CERO PUNTO CINCO MIL SEISCIENTOS DOS CUERDAS, equivalentes a DOS MIL DOSCIENTOS UNO PUNTO SEIS MIL NOVECIENTOS VEINTISEIS METROS CUADRADOS, en lindes por el Norte, con la finca principal de la cual se segrega; por el Sur, con la intersección de la Avenida Pedro Albizu Campos y la Carretera estatal PR-127 y con la parcela B a ser dedicada a uno público; por el Este, con la Avenida Pedro Albizu Campos y por el Oeste, con la finca principal de la cual se segrega.

Inscrita a favor de Elliot Giraud Piñeiro y Astrid Donate Giraud.
(Finca # 6,188; Folio Movil Tomo 11 de Guayanilla)

The Clerk is hereby directed to send **certified copies** of this Order to all counsel of

record and the United States Marshal's Service.

In San Juan, Puerto Rico, this 19th day of July, 2007.

s/José Antonio Fusté
JOSE A. FUSTE
UNITED STATES JUDGE

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
**FRANCES RIOS DE MORAN, CLERK**
U.S. District Court for the
District of Puerto Rico
By: _____
Deputy Clerk
Date: 5/30/08

2

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 99-125(JAF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ELLIOT GIRAUD PIÑEIRO | CANCEL CAUTIONARY NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Elliot Giraud Pineiro via attorney Everette M. De Jesus Tel. (787) 473-7529 Fax. (787) 731-2871
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
405 Esmeralda Avenue, Suite 2-225, Guaynabo, PR 00969

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656 x 3920
Telecopier; 787-766-5398 Legal Aide M. Ruz - 787-282-1879

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Rural: Rustica Parcela Agricola radicada en el BO. INDIOS, del termino Municipal de Guayanilla, compuesta de 25.08 cuerdas. en lindes por el Norte con el Rio Guayanilla; por el Sur con camino publico; por el Este con terrenos de la Sucesion Mario Mercado Riera y por el Oeste con terrenos de la Sucesion Mercado Riera. Se agrega de la Finca 3923, inscrita al Folio 1993, tomo 114 de Guayanilla.

99-DEA-365026

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  787-766-5656 | DATE  06/23/08 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process  1 | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date  6/24/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

**RETURN UNEXECUTED**

| Date  7-15-08 | Time  1:30 ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee  $45.00 | Total Mileage Charges including *endeavors*  8.08 | Forwarding Fee | Total Charges  $53.08 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |

REMARKS: After various intents to locate Mr. De Jesus, to witt talking to his sister Judge Sara de Jesus, I was unable to locate him, add is incorrect, and telephone No. are out of service.

JDIS
AFO ☒ IN ☒
CIV ☐ OUT ☒
Item:

PRIOR EDITIONS MAY BE USED  **PRINT 5 COPIES**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELLIOT GIRAUD PINEIRO,
Defendant

D. ONE URBAN LOT, 76,530.6241, Barrio Rufina, Guayanilla,

F. ONE URBAN LOT, Parcela Agricola, radicada en Barrio Indios,

CRIM. NO. 99-125 (JAF)



ORDER

Upon motion by the plaintiff, and after having been duly advised of all the facts, and due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES
that the forfeiture order entered against defendant properties fully described below, be set aside:

(D)  RURAL: Rustica Parcela Agricola radicada en el Barrio Indios, del Termino Municipal de Guayanilla, Puerto Rico, compuesta de 25.08 cuerdas; en lindes por el NORTE con el Rio Guayanilla; por el SUR con camino publico; por el ESTE con terrenos de la Sucesion Mario Mercado Riera, y por el OESTE con terrenos de la Sucesion Mercado Riera..
Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

(F)  RURAL: Rustica Parcela agricola radicado en el Barrio Playa, hoy Rufina, del termino Municipal de Guayanilla, compuesta de 76,530.6241 metros cuadrados equivalentes a 7 hectareas, 65 areas, 30 centiareas y 62 miliareas; y en lindes por el NORTE con Sucesion Blasini, y el remanente de la finca pertenecientes a la Sucesion Mandry Mercado,; por el SUR fajas de terreno dedicado a uso publico rotuladas A y B, pertenecientes a la Sucesion Mandry Mercado; por el ESTE, faja de terreno dedicada a uso publico rotulada A, perteneciente a la Sucesion Mandry Mercado y por el OESTE , remanente de la finca y el Estado Libre Asociado de Puerto Rico (Departamento de Instruccion).
Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

San Juan, Puerto Rico, this 14th day of April, 2008.

S/José A. Fusté
JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By:
Deputy Clerk
Date: 5/30/08

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See instructions for "Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>99-125(JAF) |
|---|---|
| DEFENDANT<br>ELLIOT GIRAUD PIÑEIRO | TYPE OF PROCESS<br>CANCEL CAUTIONARY NOTICE |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Occupants
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656 x 3920
Telecopier; 787-766-5398  Legal Aide  M. Ruz - 787-282-1879

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Rural: Rustica Parcela Agricola radicada en el BO. INDIOS, del termino Municipal de Guayanilla, compuesta de 25.08 cuerdas. en lindes por el Norte con el Rio Guayanilla; por el Sur con camino publico; por el Este con terrenos de la Sucesion Mario Mercado Riera y por el Oeste con terrenos de la Sucesion Mercado Riera. Se agrega de la Finca 3923, inscrita al Folio 1993, tomo 114 de Guayanilla.

99-DEA-365026

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>787-766-5656 | DATE<br>06/23/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 69 | District to Serve<br>No. 69 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/24/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

**RETURN UNEXECUTED**

Date: 7-15-08   Time: 1:30  ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$45.00 | Total Mileage Charges including *endeavors*<br>8.08 | Forwarding Fee | Total Charges<br>$53.08 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS: After various intent to locate Mr. De Jesus, & with talking to his Sister Sara DeJesus. I was unable to located. This address is incorrect and telephone No is out of Service.

E-OR.  JDIS  AFO☐  IN ☒  CIV ☐  OUT ☒  Item: 5

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |

Case 3:99-cr-00125-JAF    Document 1532    Filed 04/14/2008    Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                         CRIM. NO. 99-125 (JAF)

ELLIOT GIRAUD PINEIRO,
Defendant

D. ONE URBAN LOT, 76,530.6241, Barrio Rufina, Guayanilla,

F. ONE URBAN LOT, Parcela Agricola, radicada en Barrio Indios,



## ORDER

Upon motion by the plaintiff, and after having been duly advised of all the facts, and due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES
that the forfeiture order entered against defendant properties fully described below, be set aside:

(D)  RURAL: Rustica Parcela Agricola radicada en el Barrio Indios, del Termino Municipal de Guayanilla, Puerto Rico, compuesta de 25.08 cuerdas; en lindes por el NORTE con el Rio Guayanilla; por el SUR con camino publico; por el ESTE con terrenos de la Sucesion Mario Mercado Riera, y por el OESTE con terrenos de la Sucesion Mercado Riera..
Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

(F)  RURAL: Rustica Parcela agricola radicado en el Barrio Playa, hoy Rufina, del termino Municipal de Guayanilla, compuesta de 76,530.6241 metros cuadrados equivalentes a 7 hectareas, 65 areas, 30 centiareas y 62 miliareas; y en lindes por el NORTE con Sucesion Blasini, y el remanente de la finca pertenecientes a la Sucesion Mandry Mercado,; por el SUR fajas de terreno dedicado a uso publico rotuladas A y B, pertenecientes a la Sucesion Mandry Mercado; por el ESTE, faja de terreno dedicada a uso publico rotulada A, perteneciente a la Sucesion Mandry Mercado y por el OESTE , remanente de la finca y el Estado Libre Asociado de Puerto Rico (Departamento de Instruccion).
Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

San Juan, Puerto Rico, this 14th day of April, 2008.

S/José A. Fusté
JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By:
Deputy Clerk
Date: 5/30/08