| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See instructions for "Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 99-125(JAF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ELLIOT GIRAUD PIÑEIRO | CANCEL CAUTIONARY NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
REGISTRO DE LA PROPIEDAD PONCE II
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Avenida Las Americas, Esquina Cuatro Calles, Ponce, PR   Tel. (787) 841-0193 / 842-0761 / Fax. 984-3796

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656 x 3920
Telecopier; 787-766-5398 Legal Aide M. Ruz - 787-282-1879

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Rural: Rustica Parcela Agricola radicada en el BO. INDIOS, del termino Municipal de Guayanilla, compuesta de 25.08 cuerdas. en lindes por el Norte con el Rio Guayanilla; por el Sur con camino publico; por el Este con terrenos de la Sucesion Mario Mercado Riera y por el Oeste con terrenos de la Sucesion Mercado Riera. Se agrega de la Finca 3923, inscrita al Folio 1993, tomo 114 de Guayanilla.

99-DEA-365024

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 787-766-5656 | DATE 06/23/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date 6/24/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*   **RETURN UNEXECUTED**

Date 7/30/08   Time 1:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $180.00 | $70.70 | $6.25 | $256.95 | | |

REMARKS:
7/30/08 - Order cannot be filed due to inconsistency with property description. No finca nuevo.

JDIS
AFO ☒  IN ☒
CIV ☐  OUT ☒

Item: 3

PRIOR EDITIONS MAY BE USED   PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELLIOT GIRAUD PINEIRO,<br>Defendant<br><br>D. ONE URBAN LOT, 76,530.6241, Barrio Rufina, Guayanilla,<br><br>F. ONE URBAN LOT, Parcela Agricola, radicada en Barrio Indios, | CRIM. NO. 99-125 (JAF) |

ORDER

Upon motion by the plaintiff, and after having been duly advised of all the facts, and due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES         *revocar, anular dejar sin efecto*
that the forfeiture order entered against defendant properties fully described below, be set aside:

(D)  **RURAL**: Rustica Parcela Agricola radicada en el Barrio Indios, del Termino Municipal de Guayanilla, Puerto Rico, compuesta de 25.08 cuerdas; en lindes por el NORTE con el Rio Guayanilla; por el SUR con camino publico; por el ESTE con terrenos de la Sucesion Mario Mercado Riera, y por el OESTE con terrenos de la Sucesion Mercado Riera..
Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

(F)  **RURAL**: Rustica Parcela agricola radicado en el Barrio Playa, hoy Rufina, del termino Municipal de Guayanilla, compuesta de 76,530.6241 metros cuadrados equivalentes a 7 hectareas, 65 areas, 30 centiareas y 62 miliareas; y en lindes por el NORTE con Sucesion Blasini, y el remanente de la finca pertenecientes a la Sucesion Mandry Mercado,; por el SUR fajas de terreno dedicado a uso publico rotuladas A y B, pertenecientes a la Sucesion Mandry Mercado; por el ESTE, faja de terreno dedicada a uso publico rotulada A, perteneciente a la Sucesion Mandry Mercado y por el OESTE, remanente de la finca y el Estado Libre Asociado de Puerto Rico (Departamento de Instruccion).
Se agrega de la finca # 3,923, inscrita al folio 193, tomo 114 de Guayanilla.

San Juan, Puerto Rico, this 14th day of April, 2008.

S/José A. Fusté
JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____ Deputy Clerk
Date: 8/22/08