**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 99-125(JAF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ELLIOT GIRAUD PIÑEIRO | CANCEL CAUTIONARY NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
REGISTRO DE LA PROPIEDAD - PONCE II
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Avenida Las Americas, Esquina Cuatro Calles, Ponce, PR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656 x 3920
Telecopier; 787-766-5398 Legal Aide M. Ruz - 787-282-1879

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Rural: Rustica Parcela Agricola en el BO. PLAYA, hoy RUFINA, del Municipal de Guayanilla, compuesta de 76,530.6241 mc., Pendiente de Inscripcion a nombre de Elliot Giraud Pineiro y Astrid Annette Donate Hernandez. Asiento de presentacion 159 del Tomo 202, Ponce II

99-DEA-365015

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 787-766-5656    DATE: 06/23/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 69 | No. 69 | | 6/24/08 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Jorge Saez Property Reg. Tech.

Address *(complete only different than shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 7/30/08    Time: 9:41 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $360.00 | $141.40 | $13.90 | $515.31 | | |

REMARKS: 7/14/08 - Registry closing by 3PM.

Milage $70.70  Tolls - $7.05  Delivery by R. Diaz

JDIS
AFO ☒  IN ☒
CIV ☐  OUT ☒
Item: 9

PRIOR EDITIONS MAY BE USED — PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

## REGISTRO DE LA PROPIEDAD Nº 2 DE PONCE

| LCDA. MADELEINE VELASCO ALVARADO |
|---|
| Telefono 787-841-0193 |

**ENTRADA Nº:** 4007        **Del año 2008**

**ASIENTO Nº :** 314    Diario 331

**Presentado el día 30/07/2008**        **a las 09:41**

Presentante

DIAZ, RUFINO

Interesado : GIRAUD PIÑERO, ELLIOT

Naturaleza : Mandamiento judicial     Objeto : CANCELACION DE AVISO DEMANDA

Escritura: 00000000099-125 de 19/07/2007
UNITED STATES DISTRICT COURT

EXENTO DEL PAGO





| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See instructions for "Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>99-125(JAF) |
|---|---|
| DEFENDANT<br>ELLIOT GIRAUD PIÑEIRO | TYPE OF PROCESS<br>CANCEL CAUTIONARY NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
REGISTRO DE LA PROPIEDAD - PONCE II
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Avenida Las Americas, Esquina Cuatro Calles, Ponce, PR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maritza Gonzalez-Rivera, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918 - Telephone: 787-766-5656 x 3920
Telecopier; 787-766-5398  Legal Aide M. Ruz - 787-282-1879

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Parcela "A'; Urbana: Parcela de terreno radicada Bo. Jaguas del Municipio de Guayanilla, PR con una cabida de 0.5,602 cuerdas. Inscrita a favor de Elliot Giraud Piñeiro y Astrid Donate Giraud.
Finca 6188; Folio Movil, Tomo 11 de Guayanilla

99-FBI-002467

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 787-766-5656
DATE: 06/23/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 69
District to Serve No. 69
Date: 6/24/08

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Nomar Jaz, Prop. Reg. Tech.

Date: 7/30/08    Time: 2 [am]

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $180.00 | $70.70 | $6.25 | $256.95 | | JDIS |

REMARKS: Delivery by R-Dis MCL

AFO [X]  IN [X]
CIV [ ]  OUT [X]
Item: 7

PRIOR EDITIONS MAY BE USED    **PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

## REGISTRO DE LA PROPIEDAD Nº 2 DE PONCE

| LCDA. MADELEINE VELASCO ALVARADO |
|---|
| Telefono 787-841-0193 |

**ENTRADA Nº:** 4008     **Del año 2008**
**ASIENTO Nº :** 315    Diario 331
**Presentado el día 30/07/2008**     a las 09:52

Presentante
DIAZ, RUFINO

Interesado : GIRAUD PIÑERO, ELLIOT

Naturaleza : Mandamiento judicial     Objeto : CANCELACION DE AVISO DEMANDA

Escritura: 00000000099-125 de 19/07/2007
UNITED STATES DISTRICT COURT

EXENTO DEL PAGO

X CON SOBRE
  SIN SOBRE

