IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br><br>v.<br><br>**ELLIOT GIRAUD PINEIRO,**<br>**Defendant**<br><br>**D. ONE URBAN LOT, 76,530.6241, Barrio Rufina, Guayanilla,**<br><br>**F. ONE URBAN LOT, Parcela Agricola, radicada en Barrio Indios,** | **Criminal No. 99-125 (JAF)** |

## UNITED STATES' MOTION TO AMEND ORDER

TO THE HONORABLE COURT:

COMES NOW plaintiff, United States of America, through its undersigned attorneys, and respectfully alleges and prays as follows:

1. On April 14, 2008, this Honorable Court entered an Order to set aside the Order of Forfeiture entered in this case as to defendant properties identified as **(D)** and **(F)**, and that the properties be released to the lien holder.

2. That the Registrar of the Registry of the Property has become aware of an error in the last sentence of each description of the properties. It was written as: Se **agrega** de la finca #3,923, inscrita al folio 193, tomo 114 de Guayanilla, instead of; Se **segrega** de la finca #3,923, inscrita al folio 193, tomo 114 de Guayanilla.

3. That the rest of the allegations in the order are correct and do not need to be amended.

4. That in view of the above, and in order to correct the error, the United States of America respectfully requests that the Order entered by this Honorable Court on April 14, 2008, be amended to reflect the above stated correction.

USA vs. Elliot Giraud Peñeiro et als.
Crim. No. 99-125 )JAF)
Page 2

WHEREFORE, the United States of America respectfully requests from this Honorable Court to grant the present motion and that the Order dated April 14, 2008 be amended.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which automatically sends copies to all appearing parties.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 26th of August, 2008.

                                                          ROSA EMILIA RODRIGUEZ-VELEZ
                                                          United States Attorney

*/s/ Maritza González*
**Maritza González**
Assistant U.S. Attorney
USDC # 208801
 # 350 Carlos Chardon St.
1201 Torre Chardón Building
Hato Rey, Puerto Rico  00918
Tel. (787) 766-5656
 maritza.gonzalez@usdoj.gov