**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br><br>v.<br><br>**ELLIOT GIRAUD PINEIRO,**<br>**Defendant**<br><br>**D. ONE URBAN LOT, 76,530.6241, Barrio Rufina, Guayanilla,**<br><br>**F. ONE URBAN LOT, Parcela Agricola, radicada en Barrio Indios,** | **Criminal No. 99-125 (JAF)** |

**AMENDED ORDER**

Upon motion by the plaintiff, and after having been duly advised of all the facts, and due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that the forfeiture order entered against defendant properties fully described below, be set aside:

(D)   **RURAL**: Rustica Parcela Agricola radicada en el Barrio Indios, del término Municipal de Guayanilla, Puerto Rico, compuesta de 25.08 cuerdas; en lindes por el NORTE con el Río Guayanilla; por el SUR con camino público; por el ESTE con terrenos de la Sucesión Mario Mercado Riera, y por el OESTE con terrenos de la Sucesión Mercado Riera..

Se segrega de la finca #3,923, inscrita al folio 193, tomo 114 de Guayanilla.

(F)   **RURAL:** Rustica Parcela agricola radicado en el Barrio Playa, hoy Rufina, del termino Municipal de Guayanilla, compuesta de 76,530.6241 metros cuadrados equivalentes a 7 hectareas, 65 areas, 30 centiareas y 62 miliareas; y en lindes por el NORTE con Sucesion Blasini, y el remanente de la finca pertenecientes a la Secesion Mandry Mercado; por el SUR fajas de terreno dedicado a uso publico rotuladas A y B pertenecientes a la Sucesion Mandry Mercado; por el ESTE, faja de terreno dedicada a uso publico rotulada A, perteneciente a la Sucesion mandry Mercado y por el OESTE, remanente de la finca y el Estado Libre Asociado de Puerto Rico(Departamento de Instruccion).

Se segrega de la finca #3,923, inscrita al folio 193, tomo 114 de Guayanilla.

San Juan, Puerto Rico, this 8th day of September, 2008.

S/JOSE A. FUSTE
JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE